■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIUS HOLDER, Appellant. [927 NYS2d 799]—

Since the appellant has absconded from parole supervision and is not available to obey the mandate of this Court, the appeal must be dismissed (*see Molinaro v New Jersey*, 396 US 365, 366 [1970]; *People v Howe*, 256 AD2d 476 [1998]; *cf. People v Taveras*, 10 NY3d 227 [2008]; *People v Diaz*, 7 NY3d 831 [2006]). Skelos, J.P., Balkin, Leventhal and Lott, JJ., concur.